UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:11-cv-80827-DMM - MIDDLEBROOKS

ROSEMARY RAMPINO, on her
own behalf and others similarly situated,

      Plaintiff(s),

v.

JEROME VINCENTE, M.D., P.A.
a Florida corporation, and JEROME B.
VINCENTE, individually

      Defendant.
_____

## NOTICE OF STRIKING DE 7

Plaintiffs, ROSEMARY RAMPINO, by and through their undersigned counsel, hereby give notice of striking Docket Entry No. 7 which inadvertently attached an incorrect document, unrelated to the above referenced matter. Plaintiffs will refile the correct document contemporaneously with this notice.

      Respectfully submitted,

      WARD, DAMON, POSNER, PHETERSON & BLEAU
      Attorneys for Plaintiff
      4420 Beacon Circle
      West Palm Beach, Florida 33407
      (561) 842-3000 telephone
      (561) 842-3626 facsimile

      By: /S/ Denise J. Bleau
      Denise J. Bleau
      Florida Bar No. 599514